**William Jay ROBBINS, Plaintiff and Appellant,**

v.

**Gerald L. COOK, Warden, Main Facility, Utah State Prison; David L. Wilkinson, Utah State Attorney General, Defendants and Respondents.**

No. 860367.

Supreme Court of Utah.

April 28, 1987.

William Jay Robbins, pro se.

David L. Wilkinson, Atty. Gen., Sandra Sjogren, Salt Lake City, Utah, for defendants.

PER CURIAM:

Petitioner appeals from the dismissal of his second petition for a writ of habeas corpus. This Court affirmed defendant's conviction in *State v. Robbins,* 709 P.2d 771 (Utah 1985), and affirmed denial of his first petition for a writ of habeas corpus in *Robbins v. Cook,* 734 P.2d 415 (Utah 1986).

Petitioner claims defects in the warrant for his arrest and in the charging information. These claims were waived when they were not brought to the attention of the trial court prior to the trial. *State v. Schreuder,* 712 P.2d 264 (Utah 1985); *State v. Smith,* 700 P.2d 1106 (Utah 1985); *State v. Lairby,* 699 P.2d 1187 (Utah 1984). In addition, petitioner cannot raise issues in post-conviction proceedings which could or should have been brought on direct appeal, except in unusual circumstances. *Codianna v. Morris,* 660 P.2d 1101 (Utah 1983). No such unusual circumstances are presented in this appeal. Affirmed.